IN THE
UNITED STATED MIDDLE DISTRICT COURT
STATE OF LOUISIANA

RECEIVED

MAR 2 8 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

CLAY LANDIS RIGGS

= VERSUS =

CRANFORD JORDAN ET. AL.

CIVIL #:

3: 17-cv-0473 sec P

DATE

S/_____
CLERK OF COURT

SUPPLIMENTAL COMPLAINT USC §1983

Now before the honorable Court, Comes CLAY LANDIS RIGGS who is a Living breathing free man of flesh and blood who respectfully represents the following Supplimental Complaint under u.s.c. § 1983 for the following reasons to wit:

Plaintiff Asserts that he is being held in the Jackson PARISH Correctional Center on hold for the WINN PARISH SHErFF's DEPARTMent, CRANFORD JORDAN.

Plaintiff further Asserts At No time has he as a a Living breathing free man of flesh and blood ever given up his rights as a living breathing free man.

Plaintiff Also Asserts that he has filed his Affidavit of denial of Corporate Existence with the Clerk of Court for the UNITED STATES DISTRICT Court.

-1-

At No time has there been an Affidavit filed with the Clerk of Court for the united STATES Middle district Court, Answering Plaintiff's Affidavit of denial of Corporate Existence. using Thier Christian or family Name for Signature

Plaintiff Asserts that he has a right to be free from wrongful Incarceration under fraud whereas No Authority Can be Shown for the incarceration of Plaintiff's Natural Body by filing thier Affidavit Showing a ligetiment Claim against his Natural body.

At No time Can Cranford Jordan The winn PArish SherFFS department the 8th Judicial DISTRICT Court the Jackson PARISH Correctional Center along with but not limited to any Person ASSOCiAted with any Claimes Against my Natural Body.

Plaintiff further Asserts that the Jackson PARISH Correctional Center has Placed thier Self Above the united States Constitution by denying me Access to the Courts

At No time is the Plaintiff Awarded an Ave. to file the Proper Paper work So that the higher Courts Can review.

Plaintiff Asserts that he has never Signed any

-2-

Legal agreement for Any Attorney to represent the straw Contract before the 8th Judicial District Court.

Plaintiff Asserts that the Judge for the 8th Judicial DISTRICT Court has willfully and intentionally Disregaurded his rights by Accepting a guilty Plea that was Instituted by force without Addressing his Affidavit of denial of Corporate Existence's which Shows a Clear violation of Plaintiff's Constitutional Rights

Plaintiff further Asserts that he has a Constitutial right to be free from harrassment along with Government Control.

Plaintiff Also Asserts that Presumption has been Challenged Along with the Jurisdiction of the 8th Judicial District Court

All Proceedings Should have been stopped and A hearing held to establish the facts on the face of the record, instead the Judge Shut down the Court Room to the Public and Proceeded with out Addressing Plaintiff's Affidavit of denial of Corporate Existence or his motion for Judgement by default.

The STATE had an oportunity to file his Affidavit Answering Plaintiff's Affidavit using thier Christian or family Name for Signature, At no time has thier Affidavit Ever been filed with the Clerk of Court for ~~the~~ this honorable united States DISTRICT Court, Shreveport Louisiana.

Plaintiff Asserts that he has filed his Affidavit of denial of Corporate Existence with the Clerk of Court for the 8th Judicial DISTRICT Court, PARISH of winn in Connection with every Charge that has been instituted against CLAY LANDIS RIGGS Sense August 2013 with the Last being filed March 2017

At No time has there Ever been An Affidavit filed Answering Any Affidavit of denial of Corporate Existence filed with the Clerk of Court for the 8th Judicial District Court Parish of winn.

upon each filing of Plaintiffs Affidavit of denial of Corporate Existence the Judge along with the deffence Attorney Herman Casstete, Keith gates, Also the States Attorney Christopher Nevals, Keith gates have Conspired to Cover up the filing of the Affidavit of denial of Corporate Existence, that was filed with Kim Gilenn the Clerk of Court.

The Plaintiff has Also filed to the ~~Secound~~ Second Circuit Court of Appeal requesting a hearing

-4-

On the Same where the District Court has been intentionaly Covering up the filing by Altering the Paper work where No Proof of Plaintiff withdrawing his Affidavit Exists any where in the record weather it verbal or Written.

Plaintiff further Asserts that intentionally Covering up the filing of his Affidavit of denial of Corporate Existence Constitutes a direct violation of his Constitutional Rights where he Stands before the Court Absent due Process.

The record record will reflect that this is a on going Acurence when there has been No Claims against The Plaintiff who Is a living breathing free man of flesh and blood.

Plaintiff Also Asserts that the 8th Judicial DISTRICT Court Is in fact a Corporate Court that demands Payment of a false Currency for finds, Coárt Cost et... the only legal Currency that the united STATES Constitution reconizes Is gold and Silver.

IT is Illegal to Pay a debt debt with debt in the united States of America to Punish a person Absent due Process Constitutes fraud, Along with the force to Pay in Conterfit is Constituted under fraud.

-5-

Plaintiff Asserts that this is an on going harrassement by Cranford Jordan, THE STATE OF LOUISIANA, Not one time has any proof ever been presented that isn't hearsay making me a government Employee or government official.

Plaintiff wishs to Proceed to A Jury trial with this Case whereAs No Court or Judge Can dismiss his Affidavit of denial of Corporate Existence.

WHERE FORE Plaintiff PRAYS that this honorable UNITED STATES Middle DISTRICT COURT will Set a hearing on the facts to Present the facts on the face of the Record.

Thus Done the 27 day of March 2017

s/_____
Plaintiff

-- Affidavit --

THE Plaintiff has Appeared before three witness's who is personally Known or upon Proper Identification for verification of Signature only on the 27 day of MARCH 2017

-6-

P. 12-5-75

DATE of Birth:

s/ _Sharod Mason_

P. 9-20-63

DATE of Birth

s/ _Jeffery Conley_

P. 02-23-66

DATE of Birth

s/ _Byron Price_

-6-