**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CLAY LANDIS RIGGS #2013040157\/030072**   **CASE NO. 3:17-CV-00473 SEC P**

**VERSUS**                                              **JUDGE ROBERT G. JAMES**

**CRAWFORD JORDAN ET AL**                    **MAGISTRATE JUDGE KAREN L. HAYES**

**MEMORANDUM ORDER**

Before the court is a complaint filed on March 28, 2017.  Upon review of the record, the Court

finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $400.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a completed *in forma pauperis* application on approved forms in order to proceed.**

Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the complaint on approved forms that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address: **Clerk of**

**Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this __31st____ day of ___March_____, 2017.

Karen L. Hayes
United States Magistrate Judge

w/Enclosures to plaintiff: Civil Rights Complaint form & IFP application