*(Rev. 5/1/13)*

RECEIVED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

__MONROE__   DIVISION

MAY 12 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

CLAY LANDIS RIGGS

Plaintiff

Prisoner # 2013040157\030072

VS.

CRANFORD JORDAN ET. AL

Defendant

Civil Action No. 3:17-CV-00473 SEC. P

Judge ROBERT G. JAMES

Magistrate Judge KAREN L. HAYES

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

**I.   Previous Lawsuits**

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [ ✓ ]   No [ ]

b.   If your answer to the preceding question is "Yes," provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

UNITED STATES DISTRICT COURT WESTERN DISTRICT of Louisiana "ALEXANDRIA DIVISION"

2.   Name the parties to the previous lawsuit(s):

Plaintiffs: CLAY L. RIGGS

Defendants: CRANFORD JORDAN ET. AL

3.   Docket number(s): _____

4.   Date(s) on which each lawsuit was filed: _____

5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

Pending) under Judge Percy

Page 1 of 4

*(Rev. 5/1/13)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [ ]   No [✓]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.   a.   **Name of institution and address of current place of confinement:**

_____

b. Is there a prison grievance procedure in this institution?

Yes [✓]   No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓]   No [ ]

2. If you did not file an administrative grievance, explain why you have not done so.

___dissmissed_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

___first Step Institution Refuses to file___
___the Second Step_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.   **Parties to Current Lawsuit:**

a.   Plaintiff,   ___CLAY LANDIS RIGGS_____

Address   ___287 Industrial Drive Jonesboro LA 71251___

Page 2 of 4

(Rev. 5/1/13)

b.   Defendant, CRAWFORD JORDAN _____, is employed as
Sheriff's _____ at Winnfield LA 71483 .
Defendant, TIMMY DUCOTE _____, is employed as
WARDEN _____ at Jonesboro Correctional Center.
287 Industrial Drive Jones Boro LA 71251
Defendant, Robert Bannon _____, is employed as
united states foristry Service at Winn Parish Kutachie natunal forast
Additional defendants, JEREMY underwood, JUDGE DERR,
STEVEN D. Creeds Bar #01797  R, Christopher Nevils Bar #24179

IV.   **Statement of Claim** STATE OF LOUISIANA

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

I Clay Riggs, who is a living breathing free man of flesh and blood, has filed his Affidavit of denial of Corporate Existence with the Clerk of Court for the 8th Judicial DISTRICT Court, PARISH of Winn on march 24, 2017 Relative to STATE OF LOUISIANA VERSUS CLAY L. RIGGS Docket #44041

At No time have I Ever given up my rights by dismissing the Said Affidavit of denial of Corporate Existence, This Affidavit Stands As truth before the Court "SEE Attached Copy of Affidavit of denial of Corporate Existence filed under Docket #44041

This ACTION has BEEN filed in Connection with A Claim that was filed under Judge Perez in the Alexzandria Division, [ SEE Attached Pages ]

Page 3 of 4

Attached STATEMENT

Plaintiff Asserts that he has Been transfered from the Winn Parish Jail to the JACKSON PARISH Correctional Center At 287 Industrial Drive Jonesboro LA 71251

While housed At Jonesboro Correctional Center Plaintiff has Placed in the Mail box Requesting Indegent Stampts And Edvilopes whereAs the Institution has Refused Stating that Inmates Must be he 90 days before he Can recieve Any indegent Mail Supplys

Plaintiff has filed A Request Requesting Legal Material where he Can prepair his defense for trial. JACKSON PARish Correctional Center states that Pretrial Inmates Cannot recieve Any legal Assistence or legal Material while housed At JACKSON PARISH Correctional Center.

Plaintiff further Asserts that At No time Can the Jackson parish Correctional Center Provide Any Claims in the form of an Affidavit using thier Christian or family Name for Signature. Nor Can any Corporate Member Produce a internatunal Contract showing Claims Against My natural Body. Nor Can the 8th Judicial District Court Produce A valid Jurisdiction for the incarceration of my natural body.

At no time has there been an Affidavit

3-A

filed with the Clerk of Court for the 8th Judicial District Court, Parish of Winn, Answering Plaintiff's Affidavit of denial of Corporate Existence.

Nor Can the States Attorney, Judge Sheriff's Department, United States forestry department Produce a sworn statement by an Injured party or a Injured Party to proceed under a Common Law Jurisdiction.

Plaintiff Asserts that he is being Subjected to Cruel Punishment due to filing a previous law suit Against the Winnparish Sheriff's Department, the 8th Judicial District Court, the State of Louisiana Along with but not limited to Jackson Parish Correctional Center.

Plaintiff Also Asserts that Jackson Parish Correctional Center is intentionally with holding legal Assistance to prevent my Constitutional right to have Access to the Court.

The Inmate banking has Also refused to provide my Account Information to por proceed in the form of Pauperis so that I may provide the same to this honorable Court for review.

Plaintiff Asserts that he has Also filed with the Clerk of Court for the 8th Judicial District Court Parish of winn, an Affidavit of denial of Corporate Existence that remains As truth before the Court that has never been Addressed. In my previous suit filed in the Alexandria Division that is still pending before the bar Plaintiff has requesting a restraining order. Plaintiff Also request's the same in this one

3-B

to Prevent retaliation.

However I represent myself in STATE OF LOUISIANA V. CLAY L. RIGGS Docket# 44041 And Jackson Parish is retaliating by refusing to Provide Legal material to Prepair a defense to ~~defendent~~ defend myself before the Court where I Stand Absent due ~~Process~~ process.

Plaintiff Asserts due to relaliation Cranford Jordan has Stolen a 1998 F250 4x4 from Private Property, a 2013 Harley davidson Motorcycle by remaing it from Private Property a 1985 200X 3 wheeler.

CRANFORD Jordan as Sheriff has Cost me in Approx 40.000 in tools used as a Auto mechanic By wrongful Arrest Also By Wrongfull Arrest Plaintiff has Lost a 80,000 dollar Buisness a year.

TO DATE I Am Still SubJected to Wrongfull incarceration by fraud.

under a Carefull Investigation Plaintiff Asserts that he fears for his life where he has been Placed in an institution Where a great deal of Stabings have taken Place where the dorms a 100 man dorms No Administraishtive Remedy Procedures Are Answered other than denied See Copy filed with this institution

I Am A Natural free man of flesh and blood who has never given up those rights.

3-6

*(Rev. 5/1/13)*

V.   **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

A restraining order to prevent retaliation
A trial by Jury
1.8 Million Per day for wrongful Incarceration under fraud, The return of All Property Stolen or Lost by wrongful Incarceration.

VI.   **Plaintiff's Declaration**

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___8___ day of ___May___ , 20 __17__ .

_____2013040157\030072_____        _____
**Prisoner no. (Louisiana Department of**        **Signature of Plaintiff**
**Corrections or Federal Bureau of Prisons)**

Page 4 of 4