U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 4 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CLAY LANDIS RIGGS                   CASE # 3:17-CV-00473 SEC P

- VERSUS -                          JUDGE - ROBERT G JAMES

CRANFORD JORDAN ET.AL               MAGISTRATE JUDGE - KAREN L. HAYES


Supplemental Complaint


THIS Supplemental Complaint is hereby filed under the Above mentioned CV Number relative to verious Constitutional violations

I the plaintiff is a natural free man of flesh and blood who respectfully files this Supplimental Complaint against Justin Keith Gates Bar #31171 Along with HERMAN CASTETTE who Are Attorneys in winn Parish, and practice in the 8th Judicial DISTRICT Court, PARISH of winn.

The Plaintiff Asserts that he has filed his Affidavit of denial of Corporate Existence with the Clerk of Court for the 8th Judicial District DISTRICT Court, PARISH of winn.

THE Said Affidavits was filed Prior to trial the first being Approx August 2012 and the Last March 2017 Herman Castette was the Attorney for the record wherens he was informed that the plaintiff filed his Affidavit of denial of Corporate Existence Relative to Docket #42898

-1-

By force Plaintiff was held in incarceration by Court order in violation of his Constitutional Rights. Whereas If Castete ~~whoa~~ would have Addressed Plaintiff's Affidavit of denial of Corporate Existence It would have been determined on the face of the record that no Affidavit using thier Christian of family Name was filed Answering Plaintiffs Affidavit of denial of Corporate Existence with the Clerk of Court for the 8th JUDICIAL DISTRICT COURT, PARISH of Winn, This Affidavit of denial of Corporate Existence remains As the Affidavit of truth before the Court whereas it remains unrebutted and it was filed prior to trial. Nor has the Court ever Secured Jurisdiction to show the Authority for Incorceration of my natural body.

Plaintiff Asserts that the 8th Judicial District Court, PARISH OF Winn Accepted a plea where Affidavit of denial of Corporate Existence was filed before trial and mr Castete Wrongfully Advised Plaintiff to Accept A plea because he refused to Address the Affidavit After Signing on as Counsel for the record Knowing fraud was At play here.

Plaintiff Asserts that Crawford Jordan illegally detained him and transported him from on destination to Another without Jurisdiction. Plaintiff informs the Arresting Agency that he is not a Government Employee And that he has filed his Affidavit of denial of Corporate Existence, with the Clerk

2

And that he intends to do so in this matter Relative to STATE OF LOUISIANA v. CLAY L. RIGGS Docket # 48843.

Plaintiff was held in Wrongful Incarceration At Concordia Correctional Center where was held by force where JUSTIN KEITH GATES BAR # 31171 was Asigned by the Court His Attorney for the record

Plaintiff Asserts that he had informed Mr Gates that he had filed a Affidavit of denial of Corporate Existence with the Clerk of Court for the 8th JUDICIAL DISTRICT Court filed and Stampted with the Clerks Seal.

Plaintiff further Asserts that he informed Mr Gates that he Wanted to Address his Affidavit of denial of Corporate Existence on the face of the record. he Also refused to Address the Said Affidavit of denial of Corporate Existence whereas no Affidavit using Christian or family name for Signature has been filed with the Clerk of Court with Proof of Claims against my natural body, Mr Gates Also works for the D/A s office At the time that he represented CLAY L. RIGGS under Docket # 43843

At no time have I the natural free man of flesh and blood ever given up his rights.

Plaintiff Asserts that Mr Gates has Also Attempted to Mislead the Plaintiff.

-3-

At no time has Plaintiff ever given up his rights or entered into a legal and binding contract with the State of Louisiana.

All documents mentioned herein are in the Care of the Clerk of Court for the 8th Judicial District Court, Parish of Winn

Plaintiff is a living breathing free man of flesh and blood and should be Able to live free of Corporate Harrasment.

— Releif —

Suit by Jury

Thus done the 19 day of May 2017

s/ CLAY RIGGS
287 Industrial dr
Jonesboro LA 71251