RECEIVED

SEP 08 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

CLAY LANDIS RIGGS                    CASE # 3:17-CV-00473 SEC P

VERSUS                               JUDGE ROBERT G. JAMES

CRAWFORD JORDAN ET. AL               MAGISTRATE, KAREN L. HAYES

= SUPPLEMENTAL COMPLAINT =

Now INTO Court, Comes Clay Riggs who is a natural free man of flesh and blood, who respectfully files his Supplemental Complaint for the following reasons to wit;

Plaintiff asserts that on or about the 14th day of June 2017 he appeared before the 8th Judicial District Court, Parish of Winn on motions hearing in RE: STATE OF LOUISIANA V. CLAY L. RIGGS Docket # 44041

Plaintiff filed his affidavit of denial of Corporate Existence with the Clerk of Court for the 8th Judicial District Court along with a motion for the Court to produce its Jurisdiction in this matter this motion was denied. Whereas the Judge stated that the Court doesn't haft to defend its Jurisdiction when Challenged, the Court denied that motion.

The Judge also denied Plaintiffs motion for Production of any affidavits answering his affidavit of denial of Corporate Existence "stating" that no affidavits have been

-1-

filed with the Clerk Answering his Affidavit using thier Christian or family name for signature he Also denied this motion.

Plaintiffs affidavit of denial of corporate Existence remains to Date As truth before the Court.

Plaintiff Also Asserts that the Judge for the 8th JUDICIAL DISTRICT Court, "STATED" that the State of Louisiana doesn't USE Common Law.

The June 14th hearing will reflect that the Court doesn't up hold the united State original Constitution

-Relief=

I Request a restraining order placed into an effect whereAs the institution he is housed At "JACKSON PARISH Correctional Center has had multiple Stabbings and he fears for his life.

I Request that a restraining order be Placed against, CRANFORD JORDAN and All members of the Sheriffs Department, Along with the City of Winnfield Police Department, to prevent retaliation for these Actions

I further request 1.8 million dollars per day for wrongful incarceration, Slander, Cruel Punishment, fraud harrassment, Theft by fraud.

I Also request that All Partys involved be held Personally Accountible for there Participation in the illegal Incarceration of my natural body.

~2~

I Request that I be placed on the record as An American Soveriegn As Stated in the original Constitution of the united STATES of Americia.

Thus done the 1 day of Sep in the year of our Lord 20 17

Respectfully Submitted
s/
Clay L. Riggs
287 Industrial Dr
Jonesboro LA 71251

-3-