RECEIVED

OCT 06 2017

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY  BW

17-CV-0473
SecP

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

CLAY L. RIGGS                              CASE # 3:17-CV-00473

       VERSUS                              JUDGE: G. JAMES

CRANFORD JORDAN ET. AL        Magistraight: KAREN HAYES

Suplimental Complaint

Now Into Court, Comes Clay Riggs who is a Living breathing free man of flesh and blood who files his Suplimental Complaint for the following reason to wit:

Plaintiff Asserts that he has requested a restraining order in his original Complaint to prevent retaliation from filing his Complaint with this honorable Court.

Plaintiff Asserts that he has Sustained Blunt tramma to his eyes due to retaliation of filing his Complaint with this honorable Court.

On the 15 of ~~Sep tem~~ September 2017 at Approx 4:45 Am Lt Kelley, Sgt Williams and Capt Stewart entered L Dorm at Jackson Parish Correctional Center After I requested to Speak with Warden Decute where Lt. Kelley was Abusing his Authority.

I was Standing in my bunk Area with both hand rased Above my head in a ~~won~~ Non threating Mannor

-y-

Capt Sewart, Lt Kelley and williams Aproched my Asigned bed area Capt Stewart shoot me in the eyes with a G9 Mace Gun "Paint BAll Gun".

I was then taken to Medical where my Blood Pressure was taken and then I was placed in 101 lock Down where I remained without Medical Attention from the 15th until the 18th of September.

On the 18th I then Seen thee Nurse who then ordered Eye Drops that Did not work.

I was Seen by the Doctor on the 22nd of Sep who then Sent me to LSu medical Center in Shreveport LA to the emergency Room who then refered me to the eye doctor who ordered medication that I Did not recieve until 4 Days Later. on the 26th day of Sep 2017

On the 27th day of Sep 2017 I was then transfered back to the eye Doctor

To Date my eyes have not healed and I still Suffer from Pain and Saver Blurryness from this.

I request A restraining order to be placed in effect to Prevent any more harm.

To Date No Defendent has filed his Affidavit Answering the Plaintiffs Affidavit of Denial of Corporate Existence With the Clerk of Court Showing Claims against my Natural Body using thier Christian or family name for Signature

= Relief =

-2-

Plaintiff requests that a restraining order to be placed into effect to prevent any further retaliation for the filing of his Complaint Asserting his unailenable rights.

Plaintiff further requests that a Jury trial be held.

Plaintiff Also requests that All partys Involved Submit thier Affidavits Answering Plaintiffs Affidavit of denial of Corporate Existence using thier Christian or family name for Signature with Proof of Claims against my Natural body that Provides the bases for the use of force.

WHEREFORE Plaintiff Prays that this honorable Court will Issue a Restraining order to prevent any further harm for the filing of these Claims herein.

Thus Done the 4th day of oct 2017

Respectfully,

Clay Riggs

327 Industrial Dr

Jonesboro LA 71251

-3-