# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **CLAY LANDIS RIGGS** | **CIVIL ACTION NO. 3:17-CV-0473** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **CRAWFORD JORDAN, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that claims against (1) Crawford Jordan; (2) Winn Parish Sheriffs Department; (3) Jackson Parish Correctional Center; (4) Herman Casstete; (5) Keith Gates[1]; (6) State of Louisiana; (7) 8th Judicial District Court; (8) Judge 8th Judicial District Court; (9) Timmy Ducote; (10) Robert Bannon; (11) Jeremy Underwood; (12) Judge Derr; (13) Steven D. Crews; and (14) R. Christopher Nevils ONLY are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and seeking monetary relief against a defendant who is immune from such relief, in accordance with the provisions of 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that the Motion to Produce Affidavit [Doc. No. 13], Motion to Produce Contract [Doc. No. 14], Motion to Produce Jurisdiction [Doc. No. 15], Motion to Preserve Courthouse Surveillance Tapes or Footage [Doc. No. 16], Motion to Preserve Motion

---

[1] Named in the Complaint as both Keith Gates and Justin Keith Gates.

Hearing Tapes [Doc. No. 17], and Motion for Judgment by Default [Doc. No. 23] are **DENIED**.

**MONROE, LOUISIANA, this 7th day of February, 2018.**

*Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE