UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

CLAY LANDIS RIGGS                      CIVIL ACTION NO. 3:17-CV-0473

VERSUS                                 SECTION P

                                       JUDGE ROBERT G. JAMES

CRAWFORD JORDAN, ET AL.        MAGISTRATE JUDGE KAREN L. HAYES

ORDER

Upon consideration,

**IT IS ORDERED** that Plaintiff's pleading, styled "Accept for Value," is construed as a motion for reconsideration of the Court's February 28, 2018 Order.  To that extent, the motion is **DENIED**.

**MONROE, LOUISIANA, this 8th day of March, 2018.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE