# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| CLAY LANDIS RIGGS | * | CIVIL ACTION NO.  17-0473<br>Section P |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| CRAWFORD JORDAN ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## SHOW CAUSE ORDER

On January 4, 2018, the Court issued an order requiring that, within 120 days of Defendants' first appearance, **each party** shall file one of the following: (a) motion for summary judgment, or, in the alternative, (b) statement of issues that enumerates each genuine issue of material fact perceived by that party which is relevant to the matter. [doc. # 26]. Defendants, Kelley, Steward, and Williams appeared on March 8, 2018. The 120-day period lapsed on July 6, 2018. To date, no party has filed a motion for summary judgment or, in the alternative, a statement of issues. Accordingly,

IT IS ORDERED that Plaintiff and counsel for Defendants show cause, in writing, on or before **August 6, 2018**, why they should not be sanctioned for failing to comply with the court's order. In addition, the parties are required to file all responsive documents immediately.

In Chambers, at Monroe, Louisiana, this 23rd day of July, 2018.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE