# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| CLAY LANDIS RIGGS | * | CIVIL ACTION NO.  17-0473<br>Section P |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| CRAWFORD JORDAN ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## ORDER

On July 23, 2018, the court issued an order requiring the parties to show cause why they should not be sanctioned for failure to comply with certain provisions of the court's January 4, 2018, Memorandum Order.  (July 23, 2018, Order [doc. # 54]).  The parties have since responded to the order and redressed the omissions.  Upon due consideration, the court will not impose sanctions at this time.

In Chambers, at Monroe, Louisiana, this 6th day of August 2018.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE