**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CLAY LANDIS RIGGS**                         **CIVIL ACTION NO: 3:17-CV-00473**
                                              **SEC P**

**VERSUS**                                    **JUDGE ROBERT G. JAMES**

**CRAWFORD JORDAN, ET AL**                    **MAGISTRATE JUDGE KAREN L. HAYES**

**ORDER**

This Motion for Leave to Take Deposition having been considered, it is:

ORDERED that the Motion of Defendants, Lt. Kelley, Sgt. Willams and Captain Stewart, is GRANTED and the deposition of Clay Landis Riggs (85491) be ordered for Monday, September 24, 2018, commencing at 10:00 a.m., at the Bossier Parish SHISAP 90 Reentry Facility, 181 McCauley Road, Plain Dealing, Louisiana 71064.

IT IS FURTHER ORDERED that Clay Landis Riggs (85491) answer the questions presented to him during the course of the deposition. Clay Landis Riggs is also specifically instructed that should he fail to answer questions posed to him during the course of his deposition he may be subject to penalties as allowed by law, including the dismissal of his suit.

THUS DONE AND SIGNED this __11th__ day of ___September_____, 2018, at Monroe, Louisiana.

_____
    HONORABLE KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE