# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **CLAY LANDIS RIGGS** | * | **CIVIL ACTION NO. 17-0473**<br>**SECTION P** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **CRAWFORD JORDAN, ET AL** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's Motion for Summary Judgment [Doc. No. 60] is DENIED.

MONROE, LOUISIANA, this 7th day of November, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE