**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CLAY LANDIS RIGGS #85491**         **CASE NO. 3:17-CV-00473 SEC P**

**VERSUS**                          **JUDGE DOUGHTY**

**CRAWFORD JORDAN ET AL**           **MAGISTRATE JUDGE HAYES**

MEMORANDUM ORDER

From a review of the record, it appears that discovery is complete in this matter, and all dispositive motions have been addressed.  Accordingly,

IT IS HEREBY ORDERED that this matter is SET for a Jury trial on **July, 22, 2019, at 9:00 A.M.**, United States District Courthouse, 201 Jackson Street, Monroe, Louisiana.

IT IS FURTHER ORDERED that, in preparation of the pretrial conference, Plaintiff and Defendants shall file with the Clerk of Court, and send copies to each other, **no later than May 22, 2019**, a pretrial memorandum.  Attached to this Memorandum Order is a form for the parties to use as their pretrial memoranda.  If the attached forms do not have enough space for all information a party wishes to submit, then the party shall attach additional pages.  The Pretrial Conference will be held on **June 19, 2019, at 11:00 A.M.**  in the second floor courtroom of the Monroe Courthouse, before  Magistrate Judge Karen L. Hayes

Each exhibit listed in the memoranda shall be described sufficiently, so that it can be identified as the listed item at the time of the trial.  Copies of all exhibits that are capable of being reproduced on a copying machine shall be provided by each party to his opponent or his opponent's attorney no later than **May 2, 2019.**  If the authenticity of any such exhibit is disputed, a list of the disputed exhibits, and the reason for the dispute, shall be stated as a part of the pretrial memorandum that is due on **May 22, 2019.**

IT IS FURTHER ORDERED that the notice of procedures for prisoner civil rights trials, including the two-page attachment, be appended to the service copies of this Memorandum Order. Plaintiff should take special notice of the attachment which sets out the procedures for subpoenaing witnesses or otherwise obtaining their attendance at the trial, and he should begin at the earliest possible date to take whatever steps are necessary to assure the attendance of the witnesses. If either the notice or the attachments are not received by Plaintiff, he must immediately notify the Court.

MONROE, LOUISIANA, this 27th day of November, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE