UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CLAY LANDIS RIGGS                    CIVIL ACTION NO: 3:17-CV-00473
                                     SEC P

VERSUS                               JUDGE TERRY A. DOUGHTY

CRAWFORD JORDAN, ET AL               MAGISTRATE JUDGE KAREN L. HAYES

ORDER

Considering the foregoing Motion to Continue Pre-Trial Conference, [doc. # 87],

IT IS ORDERED that the Motion to Continue Pre-Trial Conference should be and the same

is hereby GRANTED and the Pre-Trial Conference is continued pending this Court's ruling on

Defendants' motion for sanctions, [doc. # 83].

THUS DONE AND SIGNED this 5th day of June, 2019, at Monroe, Louisiana.

_____
HONORABLE KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE