# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **CLAY LANDIS RIGGS** | * | **CIVIL ACTION NO. 17-0473** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **CRAWFORD JORDAN, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Defendants' motion for sanctions [Doc. # 83] is **GRANTED** and Plaintiff's suit is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 10th day of July, 2019, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE